IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| PLAINTIFF, ) | | |
| ) | | |
| vs. ) | No. | 14-40069-EFM |
| ) | | |
| TIMOTHY SANCHEZ ) | 18 U.S.C. § 2314 | |
| DEFENDANT. ) | | |

## **INFORMATION**

The United States Attorney charges:

***Background:***

1. The American Federation of Government Employees Local Union 906, is a labor union consisting of approximately 200 active members all of whom are employed at Veterans Administration (VA) Health Resource Center (HRC) in Topeka, KS and Waco, TX. The local's primary source of income is member dues. The VA withholds dues from members' paychecks on a biweekly basis and remits the dues directly to the AFGE National Headquarters. The AFGE National Headquarters keeps its monthly per capita tax and sends the remaining dues allotments to Local 906 using electronic fund transfer (EFT).

2. The officers of AFGE LU 906 consist of a president, vice president and a secretary treasurer. The president is the local's chief executive officer and exercises general supervision over the affairs of the local. The union has a checking account held at Fidelity State Bank and Trust Company. The officers were also issued Fidelity Debit Cards that gave them direct access to the union's checking account. Checks written on the account of the union and debit card transactions off of the union's checking account move in interstate commerce as part of the clearing house and negotiation of these financial instruments.

3. The defendant herein, Timothy Sanchez, served as president of LU 906 from approximately April 1, 2005 until December 31, 2012 and was responsible for signing and filing the Labor Organization Annual Financial Reports, Form LM-3, with the Department of Labor.

The Scheme:

4. Commencing in approximately December 2007 through December 2012 the defendant herein, Timothy Sanchez, for purposes of embezzling funds from the union made illegal and unauthorized debit card charges for expense reimbursements and wrote unauthorized checks for the defendant's benefit. The defendant falsified meeting minutes and annual financial reports filed with the Department of Labor to conceal his

embezzlement.

5. Specifically, the defendant Timothy Sanchez received and cashed seven unauthorized union checks totaling $4,182.33 made payable to himself; two unauthorized checks were prepared at Sanchez's request made payable to Kansas Special Olympics totaling $200.00 (benefiting Sanchez's spouse); and 898 unauthorized debit card transactions from the union's checking account totaling $46,974.51, for a total embezzlement of in excess of $51,000 of union funds.

## Count 1

6. Paragraphs 1 through 5 are incorporated herein as if fully set forth.

7. From on or about December 2007 through December 2012, in the District of Kansas, and elsewhere, the defendant,

**TIMOTHY SANCHEZ**

knowing the same to have been stolen, converted and taken by fraud, transported, transmitted and transferred approximately $51,000+ in securities and money in interstate commerce. The foregoing is in violation of Title 18 United States Code, Sections 2 & 2314.

## FORFEITURE NOTICE & ALLEGATION

8. The allegations of the foregoing Information are realleged, and by this reference fully incorporated herein, for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18 United States Code, Section 981(a)(1)(c) and 28 United States Code, Section 2461.

9. As a result of committing the offense alleged in this Information, involving the substantive offense of interstate transportation of securities and money, stolen, converted and taken by fraud in violation of Title 18 United States Code, Sections 2 & 2314, the defendant,

## TIMOTHY SANCHEZ

shall forfeit to the United States all property, real and personal, which constitutes or is derived from the aforesaid offense and all property traceable to such property, including, but not limited to:

A) A money judgment of in excess of $51,000 $186,000.

B) In the event any of the foregoing property: i) cannot be located upon the exercise of due diligence; ii) is transferred, sold to, or deposited with, a third party; iii) is placed beyond the jurisdiction of the Court; iv) is substantially diminished in value; or, v) is commingled with other property which cannot be divided without difficulty, as a

result of any act or omission of any defendant, the Court shall order the forfeiture of any other property of the defendants, up to the value of the property described in the foregoing paragraphs.

        Barry R. Grissom
        United States Attorney


        /s/ Richard L. Hathaway
        Richard L. Hathaway, #07767
        Assistant United States Attorney
        District Of Kansas
        444 SE Quincy, Suite 290
        Topeka, KS 66683
        Phone: (785) 295-2850
        Fax: (785) 295-2853